**E-FILED**
Wednesday, 05 January, 2005  04:00:20 PM
Clerk, U.S. District Court, ILCD



# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

JOHN M.
WATERS
CLERK OF COURT

#### OFFICE OF THE CLERK
151 U.S. COURTHOUSE
600 EAST MONROE STREET
SPRINGFIELD, ILLINOIS 62701

TEL:
217.492.4020
FAX:
217.492.4028

January 5, 2005

**Richard H Narup**
DRAKE NARUP & MEAD PC
107 E Allen St
Springfield, IL 62704

RE:     00-3328   Morrison v Feely

Counsel:

The Clerk's Office has certain exhibits in the above mentioned case.  The appeal time has expired and these exhibits need to be removed from our vault.  These exhibits should be picked up from this office within 30 days.

If the exhibits are not removed within that time, they will be destroyed.

Sincerely,

s/Christy Taylor

Christy Taylor
Deputy Clerk